## ALABAMA ASPHALT HAULERS, LLC / OPERATING ACCOUNT                                        5152

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Willie Tinker, P.O.Box 284, Fosters, AL 35463 | | | | | ***-**-7940 | Married/Married | Fed-5/0/AL-5/0 |
| | | | | | Pay Period: 03/22/2009 - 03/28/2009 | | Pay Date: 04/03/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 13:00 | 11.50 | 149.50 | 3,841.02 |
| Overtime Rate | | | 0.00 | 1,095.38 |
| | | | 149.50 | 4,936.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -87.00 |
| Social Security Employee | -9.27 | -306.06 |
| Medicare Employee | -2.17 | -71.58 |
| AL - Withholding | 0.00 | -140.14 |
| | -11.44 | -604.78 |

| Net Pay | 138.06 | 4,331.62 |
|---|---|---|

Alabama Asphalt Haulers, LLC, 9121 Old Watermelon Road, Tuscaloosa, AL 35406 205-758-0105

---

## ALABAMA ASPHALT HAULERS, LLC / OPERATING ACCOUNT                                        5185

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Willie Tinker, P.O.Box 284, Fosters, AL 35463 | | | | | ***-**-7940 | Married/Married | Fed-5/0/AL-5/0 |
| | | | | | Pay Period: 03/29/2009 - 04/04/2009 | | Pay Date: 04/06/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 20:30 | 11.50 | 235.76 | 4,076.78 |
| Overtime Rate | | | 0.00 | 1,095.38 |
| | | | 235.76 | 5,172.16 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -87.00 |
| Social Security Employee | -14.61 | -320.67 |
| Medicare Employee | -3.42 | -75.00 |
| AL - Withholding | -0.97 | -141.11 |
| | -19.00 | -623.78 |

| Net Pay | 216.76 | 4,548.38 |
|---|---|---|

Alabama Asphalt Haulers, LLC, 9121 Old Watermelon Road, Tuscaloosa, AL 35406 205-758-0105

## ALABAMA ASPHALT HAULERS, LLC  OPERATING ACCOUNT

5028

Employee
Willie Tinker, P.O. Box 284, Fosters, AL 35463

SSN: ***-**-7940
Status (Fed/State): Married/Married
Pay Period: 02/15/2009 - 02/21/2009

Allowances/Extra
Fed-5/0/AL-5/0
Pay Date: 02/27/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40.00 | 11.50 | 460.00 | 2,461.01 |
| Overtime Rate | 16.30 | 17.25 | 284.63 | 914.25 |
| | | | 744.63 | 3,375.26 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -24.00 | -73.00 |
| Social Security Employee | | | -46.17 | -209.27 |
| Medicare Employee | | | -10.80 | -48.94 |
| AL - Withholding | | | -27.76 | -108.49 |
| | | | -108.73 | -439.70 |

Net Pay: 635.90 / 2,935.56

Alabama Asphalt Haulers, LLC, 9121 Old Watermelon Road, Tuscaloosa, AL 35406 205-758-0105

---

## ALABAMA ASPHALT HAULERS, LLC  OPERATING ACCOUNT

5001

Employee
Willie Tinker, P.O. Box 284, Fosters, AL 35463

SSN: ***-**-7940
Status (Fed/State): Married/Married
Pay Period: 02/08/2009 - 02/14/2009

Allowances/Extra
Fed-5/0/AL-5/0
Pay Date: 02/20/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40.00 | 11.50 | 460.00 | 2,001.01 |
| Overtime Rate | 13.15 | 17.25 | 228.56 | 629.62 |
| | | | 688.56 | 2,630.63 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -18.00 | -49.00 |
| Social Security Employee | | | -42.69 | -163.10 |
| Medicare Employee | | | -9.98 | -38.14 |
| AL - Withholding | | | -25.26 | -80.73 |
| | | | -95.93 | -330.97 |

Net Pay: 592.63 / 2,299.66

Alabama Asphalt Haulers, LLC, 9121 Old Watermelon Road, Tuscaloosa, AL 35406 205-758-0105

---

## ALABAMA ASPHALT HAULERS, LLC  OPERATING ACCOUNT

5057

Employee
Willie Tinker, P.O. Box 284, Fosters, AL 35463

SSN: ***-**-7940
Status (Fed/State): Married/Married
Pay Period: 02/23/2009 - 03/01/2009

Allowances/Extra
Fed-5/0/AL-5/0
Pay Date: 03/06/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40.00 | 11.50 | 460.00 | 2,921.01 |
| Overtime Rate | 10.30 | 17.25 | 181.13 | 1,095.38 |
| | | | 641.13 | 4,016.39 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -14.00 | -87.00 |
| Social Security Employee | | | -39.75 | -249.02 |
| Medicare Employee | | | -9.30 | -58.24 |
| AL - Withholding | | | -23.09 | -131.58 |
| | | | -86.14 | -525.84 |

Net Pay: 554.99 / 3,490.55

Alabama Asphalt Haulers, LLC, 9121 Old Watermelon Road, Tuscaloosa, AL 35406 205-758-0105

## ALABAMA ASPHALT HAULERS, LLC / OPERATING ACCOUNT

**5106**

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Willie Tinker, P.O.Box 284, Fosters, AL 35463 | | | | | ***-**-7940 | Married/Married | Fed-5/0/AL-5/0 |
| | | | | | Pay Period: 03/08/2009 - 03/14/2009 | | Pay Date: 03/20/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 12:00 | 11.50 | 138.00 | 3,355.14 |
| Overtime Rate | | | 0.00 | 1,095.38 |
| | | | 138.00 | 4,450.52 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -87.00 |
| Social Security Employee | -8.55 | -275.93 |
| Medicare Employee | -2.00 | -64.53 |
| AL - Withholding | 0.00 | -134.96 |
| | -10.55 | -562.42 |

| Net Pay | 127.45 | 3,888.10 |
|---|---|---|

Alabama Asphalt Haulers, LLC, 9121 Old Watermelon Road, Tuscaloosa, AL 35406 205-758-0105

## ALABAMA ASPHALT HAULERS, LLC — OPERATING ACCOUNT

**5084**

Employee
Willie Tinker, P O Box 284, Fosters, AL 35463

SSN ***-**-7940
Status (Fed/State): Married/Married
Pay Period 03/02/2009 - 03/08/2009

Allowances/Extra
Fed-5/0/AL-5/0
Pay Date 03/13/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 25.45 | 11.50 | 296.13 | 3,217.14 |
| Overtime Rate | | | 0.00 | 1,095.38 |
| | | | 296.13 | 4,312.52 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -87.00 |
| Social Security Employee | -18.36 | -267.38 |
| Medicare Employee | -4.29 | -62.53 |
| AL - Withholding | -3.38 | -134.96 |
| | -26.03 | -551.87 |

| Net Pay | 270.10 | 3,760.65 |
|---|---|---|

Alabama Asphalt Haulers, LLC 9121 Old Watermelon Road, Tuscaloosa AL 35406 205-758-0105

---

## ALABAMA ASPHALT HAULERS, LLC — OPERATING ACCOUNT

**4959**

Employee
Willie Tinker, P O Box 284, Fosters, AL 35463

SSN ***-**-7940
Status (Fed/State): Married/Married
Pay Period 01/25/2009 - 01/31/2009

Allowances/Extra
Fed-5/0/AL-5/0
Pay Date 02/06/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 34.15 | 11.50 | 393.88 | 1,081.01 |
| Overtime Rate | | | 0.00 | 349.31 |
| | | | 393.88 | 1,430.32 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -30.00 |
| Social Security Employee | -24.42 | -88.68 |
| Medicare Employee | -5.71 | -20.74 |
| AL - Withholding | -8.06 | -39.38 |
| | -38.19 | -178.80 |

| Net Pay | 355.69 | 1,251.52 |
|---|---|---|

*Average check for recent weeks*

Alabama Asphalt Haulers, LLC 9121 Old Watermelon Road, Tuscaloosa AL 35406 205-758-0105

---

## ALABAMA ASPHALT HAULERS, LLC — OPERATING ACCOUNT

**4975**

Employee
Willie Tinker, P O Box 284, Fosters, AL 35463

SSN ***-**-7940
Status (Fed/State): Married/Married
Pay Period 02/01/2009 - 02/07/2009

Allowances/Extra
Fed-5/0/AL-5/0
Pay Date 02/10/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40.00 | 11.50 | 460.00 | 1,541.01 |
| Overtime Rate | 3.00 | 17.25 | 51.75 | 401.06 |
| | | | 511.75 | 1,942.07 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1.00 | -31.00 |
| Social Security Employee | -31.73 | -120.41 |
| Medicare Employee | -7.42 | -28.16 |
| AL - Withholding | -16.09 | -55.47 |
| | -56.24 | -235.04 |

| Net Pay | 455.51 | 1,707.03 |
|---|---|---|

Alabama Asphalt Haulers, LLC 9121 Old Watermelon Road, Tuscaloosa AL 35406 205-758-0105